# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CONCISE SUMMARY OF THE CASE

SHORT CAPTION:     Pagonakis v. Express LLC

USCA No:           09-3911

LOWER COURT No:    06-027-SLR (D. Del.)

NAME OF JUDGE:     Sue L. Robinson

1. Specify who is suing whom, for what, and the subject of the action. Identify (1) the nature of the action, (2) the parties to this appeal, (3) the amount in controversy or other relief involved, and (3) the judgment or other action in the lower court from which this action is taken:

Appellant Paula Pagonakis has sued Appellee Express LLC for discrimination in violation of the Americans with Disabilities Act. The nature of the action is a suit for failure to provide reasonable workplace accommodations and for constructive discharge. The parties to the appeal are the Appellant/Plaintiff Paula Pagonakis and the Appellee/Defendant Express LLC. The amount in controversy is to be determined by a jury. This is an appeal from the jury's verdict and the District Court's entry of judgment in favor of Express LLC against Paula Pagonakis.

2. List and attach a copy of each order, judgment, decision or opinion which is involved in this appeal:

Appellant has attached (a) the aforementioned jury verdict form and (b) the aforementioned District Court Judgment in a Civil Case.

3. Provide a short statement of the factual and procedural background:

Paula Pagonakis is a qualified individual with a disability under the Americans with Disabilities Act. Ms. Pagonakis worked for Express LLC from 1997 through March 2004. Express LLC provided workplace accommodations for Ms. Pagonakis' known physical limitations from 1997 until late-November 2003. Express LLC never reinstated those workplace accommodations, which led to Ms. Pagonakis' constructive discharge from Express LLC in March 2004.

Ms. Pagonakis initiated the instant lawsuit in January 2006. A jury trial was held between August 31, 2009 and September 3, 2009. The jury ruled in favor of

Express LLC and against Ms. Pagonakis. The jury's verdict form indicated that Ms. Pagonakis did prove that she had a disability within the meaning of the ADA and that Ms. Pagonakis was a "qualified individual with a disability" under the ADA. The jury's verdict form also indicated, however, that Ms. Pagonakis did not prove that she requested reasonable accommodations from Express LLC and/or that Express LLC denied her reasonable accommodations. Ms. Pagonakis timely filed her notice of appeal on October 1, 2009.

4.   Identify the issues to be raised on appeal:

The three issues on appeal are (a) whether the jury incorrectly found that Ms. Pagonakis failed to prove by a preponderance of the evidence that she requested "reasonable accommodations" from Express LLC, (b) whether the jury incorrectly found that Ms. Pagonakis failed to prove by a preponderance of the evidence that Express LLC denied her reasonable accommodations, and (c) whether a mistrial should have been ordered and a new trial should be granted to Ms. Pagonakis based upon Express LLC's closing argument in which Express LLC made an improper "golden rule" argument.

This is to certify that this Concise Summary of the Case was electronically filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record.

Dated: October 14, 2009

*Jason H. Ehrenberg*

Counsel for Appellant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

PAULA PAGONAKIS,           )
                           )
    Plaintiff,             )
                           )
v.                         )  Civ. No. 06-027-SLR
                           )
EXPRESS, LLC, a/k/a/ LIMITED )
BRANDS, INC.,              )
                           )
    Defendant.             )

**VERDICT FORM**

We, the jury, unanimously find the following:

1. Has plaintiff proven, by a preponderance of the evidence, that she had a "disability" as defined by the Americans with Disabilities Act?

    __X__       _____
    YES          NO

If your answer to Question #1 is YES, go to Question #2. If your answer to Question #1 is NO, go to #8.

2. Has plaintiff proven, by a preponderance of the evidence, that she was a "qualified individual with a disability" who could perform the essential functions of her job with reasonable accommodation?

    __X__       _____
    YES          NO

If your answer to Question #2 is YES, go to Question #3. If your answer to Question #2 is NO, go to #8.

3.  Has plaintiff proven, by a preponderance of the evidence, that she requested "reasonable accommodations" from defendant and that defendant denied her the reasonable accommodations she requested or any other reasonable accommodations?

    _____ YES     __X__ NO

If your answer to Question #3 is YES, go to Question #4. If your answer to Question #3 is NO, go to #8.

4.  Has defendant proven, by a preponderance of the evidence, that the accommodations requested by plaintiff constituted an undue hardship?

    _____ YES     _____ NO

If your answer to Question #4 is YES, proceed to #8. If your answer to Question #4 is NO, proceed to #5

5.  Under the law presented to you in the jury instructions, state the amount of compensatory damages, if any, that plaintiff has proven, by a preponderance of the evidence, should be awarded to her.

    AMOUNT $_____.

6.  Under the law presented to you in the jury instructions, has plaintiff proven, by a preponderance of the evidence, that defendant acted with malice or reckless disregard to her federally protected rights under the ADA?

    _____ YES     _____ NO

If your answer to Question #6 is YES, proceed to #7. If your answer to Question #6 is NO, proceed to #8

7.  AMOUNT $_____.

8.  The foreperson and jurors must sign and date the Verdict Form.
    The foregoing represents the verdict of the jury on the date indicated below.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAULA PAGONAKIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-027-SLR |
| | ) |
| EXPRESS LLC, a/k/a | ) |
| LIMITED BRANDS, INC. | ) |
| | ) |
| Defendant. | ) |

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the jury verdict of September 3, 2009;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendant and against plaintiff.

_____
United States District Judge

Dated: 9/4/09

_____
(By) Deputy Clerk